IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANYA S. CRAWFORD, | Case No. |
| *Plaintiff*, | CLASS ACTION COMPLAINT |
| v. | DEMAND FOR JURY TRIAL |
| UNITED PAYMENT CENTER INC., | |
| *Defendant.* | |

**CLASS ACTION COMPLAINT**

Plaintiff Tanya S. Crawford ("Plaintiff Crawford" or "Crawford") brings this Class Action Complaint and Demand for Jury Trial against Defendant United Payment Center Inc. ("Defendant" or "United Payment Center") to stop the Defendant from violating the Telephone Consumer Protection Act ("TCPA") by placing pre-recorded calls without consent. Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff Crawford, for this Complaint, alleges as follows upon personal knowledge as to herself and her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by her attorneys.

**PARTIES**

1. Plaintiff Tanya S. Crawford is a resident of Poughkeepsie, New York.

2. Defendant United Payment Center is a California registered corporation headquartered in Upland, California. Defendant United Payment Center conducts business throughout this District and throughout the US including in New York.

1

## JURISDICTION AND VENUE

3. This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4. This Court has personal jurisdiction over the Defendant because the Defendant does business in this District and makes calls into this District to customers with New York phone numbers.

5. Venue is proper in this District under 28 U.S.C. § 1391(b) because the Defendant does business in this District and because Plaintiff resides in this District, and the wrongful conduct giving rise to this case was directed by Defendant into this District.

## INTRODUCTION

6. As the Supreme Court explained at the end of its term this year, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants,* No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

7. When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

8. By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

9. The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

10. According to online robocall tracking service "YouMail," 4.5 billion robocalls were placed in May 2024 alone, at a rate of 144.5 million per day. www.robocallindex.com (last visited June 16, 2024).

11. The FCC also has received an increasing number of complaints about unwanted calls. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

12. "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

13. "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

**COMMON ALLEGATIONS**

14. Defendant United Payment Center is a debt recovery company that collects outstanding debts from consumers.[3]

15. United Payment Center places debt collection calls to consumers throughout the U.S.

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls
[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf
[3] https://www.linkedin.com/company/united-payment-center/about/

16. Defendant United Payment Center places pre-recorded calls to consumers as part of its debt collection practice.

17. United Payment Center operates using a variety of different names including EMP Legal Group.

18. As of May 16, 2024, the Terms and Conditions for EMP Legal Group displayed the corporate address:



19. 222 North Mountain Ave, Upland CA is the corporate address for United Payment Center:

United Payment Center

222 North Mountain Avenue Suite 215, Upland, California 91786, United States [5]

20. According to the California database of corporations, there is no entity registered under the name EMP Legal Group.

21. In fact, EMP Legal Group is not registered as a corporate entity anywhere in the US.

---

[4] https://emplegalgroup.com/terms.html
[5] https://unitedpaymentcenter.com/

4

22. Multiple consumers have reported online that they received calls from EMP Legal Group from 888-694-7320 displaying the name UPC Services in the caller ID:

**Jake S.**
15 Apr 2024 | 1 reply

Received a call from 209-442-5427 - UPC Services at 12:32PM and a call from 209-442-5431 - UPC Services at 1:16PM. My call blocker blocked both calls so no message left. I did a Google search and both numbers listed the same message instructing me to call 888-694-7320.

*Caller: UPC Sercices.*
*Call type: Scam suspicion* [6]

**Mert**
22 May 2024

Received a call from 628-348-1856 stating the same as all others are reporting about my SSN and assets being seized and that I need to call 1-888-694-7320 to settle the debt. Funny thing! I have no outstanding debt and my credit rating is over 800. If this was some sort of debt maybe over 20 years ago, that I know nothing about, there is a thing called the Statute of Limitations. Not returning their calls.

*Caller: They said they were from EMP Legal Grp but phone reported UPC Services*
*Call type: Scam suspicion* [7]

**G. Armstrong** - Baytown, TX, USA • May 25, 2024

**Scammer's phone** (254) 275-5319
**Country** United States
**Victim Location** TX 77521, USA
**Type of a scam** Debt Collections

Received a call from this number, the phone Id showed Upc Services, but the person identified himself as working for EMP legal group. They said I owe Chase more than $36,000, that I don't. They have my SS and name. Wanted to settle the debt before it goes to court and that will add about $15,000 in fees. I told them to send me the papers and my lawyer and I will take care of the matter. They ask me what the name of my layer and I reply just a minute I will give it to you and his phone #. Then he hangs up. [8]

---

[6] https://800notes.com/Phone.aspx/1-888-694-7320
[7] *Id.*
[8] https://www.scampulse.com/254-275-5319-reviews

5



**Jimmy T24**
9 Apr 2024

I received an automated call and caller ID said UPC Services (did not say SPAM) 423-370-9968. I took the call and it was automated message that they were advising me in advance of a social security and debt law suit and I needed to call 888-694-7320 to discuss a resolution. I did not call anyone.

*Caller: UPC Services*
*Call type: Debt collector* [9]

23. Upon information and belief, the UPC in UPC Services is short for United Payment Center.

24. Upon information and belief, United Payment Center hides behind names like EMP Legal Group to try and avoid liability for its unlawful TCPA practices.

25. Complaints have been posted online about the calls United Payment Center placed to consumers using different company names, including, "These guys keep changing their name."[10]

26. On the Better Business Bureau ("BBB") page for United Payment Center, consumers have posted complaints below about calls they received under different names that were really from United Payment Center, including Process Server Dispatch, which was a name used when calling Plaintiff in this case.

---

[9] https://whocallsme.com/Phone-Number.aspx/4233709968
[10] https://www.google.com/search?q=%22united+payment+center

**Initial Complaint**
12/09/2022

**Complaint Type:** Billing Issues
**Status:** Resolved 

Today me and my uncle who lives in another state received a voice mail from a man saying I was going to be served documents for legal proceedings. I call the man back at ###-###-#### who told me his name is ****** ********* with ****** & Associates (a law firm) in California and a lien will be placed on my car on Monday and my wages garnished for a debt from 2014 (which another company tried to scam me for back in 2015 that I reported to the ftc). He finally said he could stop all of that if I chose one of the options to resolve the debt that was in a letter that was supposed to have been sent to me back in July. He said the payments would be handled through United Payment Center who is also located in CA. They clearly pulled my credit report because he was mentioning other things from the past. He said I was sent a letter to resolve and avoid these proceedings back in July which I never received. The case # I was given is 2020-293-4149. What makes no sense to me is the phone number on my caller ID had a FL area code ###-###-####. He said he would send documents for be to sign via docusign and if I agree to one is the options it would stop the court documents from being filed on Monday and they're would be no lien or wage garnishment. I cannot find anything on this law firm. This is ridiculous.

> **Business response**
> 12/15/2022
>
> We apologize about any inconvenience you experienced. There will be an internal investigation. You are added to the Do not list

[11]

**Initial Complaint**
11/07/2022

**Complaint Type:** Service or Repair Issues
**Status:** Resolved 

On October 7, 2022 I received a voice message from Process Server Dispatch claiming they were notifying the owners of the property that they had legal documents requiring a signature today regarding a property lien on the property address. They threatened that failure to contact them at ###-###-#### regarding case # 2022-6***92 would result in legal proceedings without my knowledge. The call came from ###-###-####. On 11/2/2022 I again received a call from threating legal action from the same company calling from a different phone number, ###-###-####. My wife also received a call from the same number. Upon checking my Experian credit report I found that a soft inquiry was run by: UNITED PAYMENT CENTER Inquired on 11/02/2022 **** N ******** AVE # ***, ONTARIO CA ***** https://unitedpaymentcenter.com/ The above company has "2" pages of complaints on the BBB website regarding this type of fraud. I have no knowledge that I owe this company and money or have ever had an account with them.

> **Business response**
> 11/13/2022
>
> Apologies for your inconvenience. Please understand we attempt to provide the best customer service on every call. We are sorry to hear that. This is the first time we are hearing of this. It's not our common practice to leave this type of messages. If I can get the phone number you were contact at and the name of the agent you dealt with, we can further investigate the matter to reprimand the employee and remove your information from our files. Thank you.

[12]

---

[11] https://www.bbb.org/us/ca/ontario/profile/payday-loans/united-payment-center-inc-1066-89083983/complaints
[12] *Id.*

7

27. United Payment Center purchases debts and then uses skip-tracing methods to locate consumers and their phone numbers, as per job reviews from former United Payment Center employees, including:



[13]

28. Consumers have posted complaints about pre-recorded calls that they received from United Payment Center, including:

- "*A robot-type call*, stating they are EMP Legal Group and they have been retained for collection purposes for my husband (gave his name). ***They indicated that if I knew this person, or if it was me, to press a number*** (which I did, because I wanted to see where this would go...), and ***then the message repeated and requested I press a number***, which I did, and the phone rang a number of times then disconnected. It's 7pm on Friday. There is absolutely no unpaid debts by either me or my husband. This is a complete scam. I will be blocking the number, but wanted to report the name and number. I'm sure they've used some innocent person's phone number to mask their actions. I hope you can get them."[14] (emphasis added)

---

[13] https://www.indeed.com/cmp/United-Payment-Center/reviews
[14] *Id.*

8



| Jimmy T24 | +1 |
| 9 Apr 2024 | |

I received an automated call and caller ID said UPC Services (did not say SPAM) 423-370-9968. I took the call and it was automated message that they were advising me in advance of a social security and debt law suit and I needed to call 888-694-7320 to discuss a resolution. I did not call anyone.

*Caller: UPC Services*
● *Call type: Debt collector*  15

29. In response to these calls, Plaintiff Crawford brings this case seeking injunctive relief requiring the Defendant to cease from violating the TCPA, and an award of statutory damages to the members of the Class and costs.

## PLAINTIFF CRAWFORD'S ALLEGATIONS

30. Plaintiff Crawford is the sole owner and user of her cell phone number ending in 7337.

31. Plaintiff Crawford has owned her cell phone number for over 20 years.

32. On April 2, 2024 at 3:35 PM, Plaintiff Crawford received a call to her cell phone from 347-612-7565.

33. This call was not answered but a pre-recorded voicemail was left stating:

"Attention Lawrence Crawford. This call is regarding case number 20203120851699. This is Robin Shard with Process Service Verification and we are making our final attempt to serve a court summons to the property address attached to this phone record. The documents require a signature for proper service and delivery. Someone over the age of 18 must be present and available. Contact the issuing agent's department for further information at (brief pause) 888-754-9182. Failure to communicate with the office will result in penalties and fines under title 18 section 1501 willful evasion of service…"

34. Plaintiff believes this voicemail was pre-recorded because it has unnatural pauses, sounds robotic and because the message cuts off abruptly at the end.

---

[15] https://whocallsme.com/Phone-Number.aspx/4233709968

35. Process Service Verification and Process Service Dispatch are used interchangeably by Defendant, as per consumer complaint reports that were posted online involving the same kind of voicemail Plaintiff received:

**RA**
26 Jan 2024

Received a call stating that they have legal documents to serve me. They threatened fines and legal action if I don't respond to them.

*Caller: Mary from Process Server Dispatch*
*Call type: Scam suspicion*

**Robert**
26 Jan 2024 | 1 reply

Had a call from 5632302213 to call 8779926939 in regards to to Capital One mastercard. When asked for account and when it was open they said 2007 after 1.5 hour found out that Capital One ins no longer the owner of the account

*Caller: Process sercices verification*
*Call type: Debt collector* [16]

**Unknown**
26 Jan 2024

This is a scam they are calling me about someone that has been deceased for over 5 yrs.

*Caller: Emma with process service verification*
*Call type: Scam suspicion* [17]

---

[16] https://800notes.com/Phone.aspx/1-877-992-6939
[17] *Id.*



**Sophia**
1 Feb 2024

0

Voicemail transcription: "An (my name) just called regarding case number 20 22–895965 this is Gary with process service verification and we're making a final attempt to serve a court summon to the property address attached to the phone documents require signature for property service and delivery and someone over the age of 18 is represented and available contact the issuing agent in the department for further information at 877-992-6939 failure to communicate with the office results and penalties and fine them at 18 section 1501 will television of service you have been notified thank you..."

*Caller: Process server*
*Call type: Debt collector*  [18]

36. Process Server Dispatch is associated with United Payment Center, as per this BBB complaint in which United Payment Center takes responsibility for the calls:

**Initial Complaint**
11/07/2022

**Complaint Type:** Service or Repair Issues
**Status:** Resolved

On October 7, 2022 I received a voice message from Process Server Dispatch claiming they were notifying the owners of the property that they had legal documents requiring a signature today regarding a property lien on the property address. They threatened that failure to contact them at ###-###-#### regarding case # 2022-6***92 would result in legal proceedings without my knowledge. The call came from ###-###-####. On 11/2/2022 I again received a call from threating legal action from the same company calling from a different phone number, ###-###-####. My wife also received a call from the same number. Upon checking my Experian credit report I found that a soft inquiry was run by: UNITED PAYMENT CENTER Inquired on 11/02/2022 **** N ******** AVE # ***, ONTARIO CA ***** https://unitedpaymentcenter.com/ The above company has "2" pages of complaints on the BBB website regarding this type of fraud. I have no knowledge that I owe this company and money or have ever had an account with them.


**Business response**
11/13/2022

Apologies for your inconvenience. Please understand we attempt to provide the best customer service on every call. We are sorry to hear that. This is the first time we are hearing of this. It's not our common practice to leave this type of messages. If I can get the phone number you were contact at and the name of the agent you dealt with, we can further investigate the matter to reprimand the employee and remove your information from our files. Thank you.  [19]

37. On April 30, 2024 at 1:26 PM, Plaintiff Crawford received a 2nd call to her cell phone, this time from 315-394-4187.

---

[18] https://800notes.com/Phone.aspx/1-877-992-6939/2
[19] https://www.bbb.org/us/ca/ontario/profile/payday-loans/united-payment-center-inc-1066-89083983/complaints

38. This call was not answered, but a voicemail was left stating:

"This call is to notify you that we are attempting to serve you in order to appear in court regarding a preliminary investigation against your social and your active assets. For further detail or to change the status of the lawsuit, please immediately call our firm at 1-888-694-7320."

39. 888-694-7320 is the phone number for EMP Legal Group:

[20]

40. Plaintiff Crawford believes this call was pre-recorded because it begins after 3 seconds of dead silence, the message is generic and because other consumers reported that they received the exact same voicemail:

[21]

---

[20] https://emplegalgroup.com/
[21] https://800notes.com/Phone.aspx/1-888-694-7320

12



41. On May 10, 2024 at 7:28 PM, Plaintiff Crawford received a call to her cell phone from 315-394-4191.

42. This call was not answered, but a pre-recorded voicemail was left stating:

"Yes, hello, this is a very, very important message. Our office is trying to get in touch with (voice changes) Lawrence Crawford. This is a friendly notice that we do require some sort of an arrangement on your account right away. If you do prefer electronic communications, visit our website at emplegalgroup.com or just give us a call back at this number. It is very important that we get this handled before anything else. Again, the website is emplegalgroup.com."

43. Plaintiff Crawford believes that his voicemail was pre-recorded because she received the exact same voicemail multiple times, as will be shown, and because the voice sounds robotic. In addition, the voice changes when providing the name of the intended recipient of the call, and the voicemail begins with a pause and ends abruptly.

44. On May 16, 2024 at 1:01 PM, Plaintiff Crawford received a call to her cell phone from 607-203-3630.

45. This call as not answered, but a pre-recorded voicemail was left stating:

"Yes, hello, this is a very, very important message. Our office is trying to get in touch with (voice changes) Lawrence Crawford. This is a friendly notice that we do require some sort of an arrangement on your account right away. If you do prefer electronic communications,

---

[22] *Id.*
[23] *Id.*

visit our website at emplegalgroup.com or just give us a call back at this number. It is very important that we get this handled before anything else. Again, the website is emplegalgroup.com."

46. This voicemail is identical to the voicemail that Plaintiff Crawford received on May 10, 2024.

47. On May 29, 2024 at 1:43 PM, Plaintiff Crawford received a call to her cell phone from 934-212-4137.

48. This call was not answered but a pre-recorded voicemail was left stating:

"Yes, hello, this is a very, very important message. Our office is trying to get in touch with (voice changes) Lawrence Crawford. This is a friendly notice that we do require some sort of an arrangement on your account right away. If you do prefer electronic communications, visit our website at emplegalgroup.com or just give us a call back at this number. It is very important that we get this handled before anything else. Again, the website is emplegalgroup.com. Thank you."

49. This voicemail is nearly identical to the previous 2 voicemails.

50. Plaintiff Crawford does not know anyone named Lawrence Crawford.

51. Plaintiff Crawford did not provide consent to receive pre-recorded calls on behalf of herself or Lawrence Crawford.

52. The unauthorized telephone calls that Plaintiff received from or on behalf of Defendant have harmed Plaintiff Crawford in the form of annoyance, nuisance, and invasion of privacy, occupied her phone memory, and disturbed the use and enjoyment of her phone.

53. Seeking redress for these injuries, Plaintiff Crawford, on behalf of herself and a Class of similarly situated individuals, brings suit under the TCPA.

**CLASS ALLEGATIONS**

54. Plaintiff Crawford brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

**Pre-recorded No Consent Class:** All persons in the United States who from four years prior to the filing of this action through class certification (1) the Defendant called on their cellular telephone number (2) using an artificial or pre-recorded voice.

55. The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant have been fully and finally adjudicated and/or released. Plaintiff Crawford anticipates the need to amend the Class definition following appropriate discovery.

56. **Numerosity and Typicality**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable, and Plaintiff is a member of the Class.

57. **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

   (a) whether Defendant placed pre-recorded voice message calls to Plaintiff and members of the Pre-recorded No Consent Class without first obtaining consent to make the calls;

   (b) whether the calls constitute a violation of the TCPA;

   (c) whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

58. **Adequate Representation**: Plaintiff Crawford will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Crawford has no interests antagonistic to those of the Class, and the Defendant has no defenses unique to Plaintiff. Plaintiff Crawford and her counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Crawford nor her counsel have any interest adverse to the Class.

59. **Appropriateness**: This class action is also appropriate for certification because the Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to Plaintiff Crawford. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

**FIRST CLAIM FOR RELIEF**
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Crawford and the Pre-recorded No Consent Class)**

60. Plaintiff repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference herein.

61. Defendant transmitted unwanted telephone calls to Plaintiff Crawford and the other members of the Pre-recorded No Consent Class using a pre-recorded voice message.

62. These pre-recorded voice calls were made *en masse* without the prior express written consent of the Plaintiff and the other members of the Pre-recorded No Consent Class.

63. The Defendant has, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of Defendant's conduct, Plaintiff and the other members of the Pre-recorded No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff as the representative of the Class; and appointing her attorneys as Class Counsel;

b) An award of actual and/or statutory damages and costs;

c) An order declaring that Defendant's actions, as set out above, violate the TCPA;

d) An injunction requiring Defendant to cease all pre-recorded calling activity that is done without proper consent, and to otherwise protect the interests of the Class; and

e) Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Crawford requests a jury trial.

TANYA S. CRAWFORD, individually and on behalf of all others similarly situated,

DATED this 1st day of July, 2024.

By: /s/ Stefan Coleman
Stefan Coleman
law@stefancoleman.com
COLEMAN PLLC
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427

Avi R. Kaufman*
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Pro hac vice motion forthcoming

*Attorneys for Plaintiff and the putative Class*